STATE of Missouri, Plaintiff/Respondent,

v.

Timothy JONES, Defendant/Appellant.

Timothy JONES, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 65014, 67225.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 11, 1995.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, C.J., AHRENS, P.J., and KAROHL, J.

PER CURIAM.

A jury found defendant guilty of first degree robbery, § 569.020, RSMo 1994. The trial court sentenced him to thirty years imprisonment as a prior and persistent offender under § 558.016, RSMo 1994. Defendant appeals this judgment and the denial of his Rule 29.15 motion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, set-